IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOSEPHINE MARKS**                                                           **PLAINTIFF**

**vs.**                        **CASE NO. 5-06CV00055 JMM**

**LOWE'S HOME CENTERS, INC.**                                        **DEFENDANT**

### ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Motion of Dismissal with Prejudice in the captioned case (#15). Pursuant to the Motion, the Court hereby orders that the Plaintiff's Complaint is dismissed with prejudice. The jury trial scheduled for April 9, 2007 is cancelled.

**IT IS SO ORDERED THIS  2  DAY OF   March  , 2007.**

_____
James M. Moody
United States District Court